# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY BORBA, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN REFINING RETAIL, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO: 1:24-cv-00318-JLT-EPG<br><br>[**PROPOSED**] ORDER GRANTING JOINT STIPULATION TO DISMISS THE ACTION, WITH PREJUDICE AS TO PLAINTIFF BORBA AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS<br><br>State Action Filed: February 1, 2024<br>Removal Date: March 15, 2024<br><br>*[Tulare County Superior Court, Case No. VCU305724]*<br><br>Trial Date: Not Set |

Pursuant to the stipulation of Plaintiff Cory Borba and Defendant Western Refining Retail, LLC (collectively, "the Parties"),

**IT IS HEREBY ORDERED THAT**:

The Stipulation of the Parties is approved. The Court orders as follows:

1. This putative Class Action shall be dismissed in its entirety, with prejudice as to Plaintiff, excluding any claims regarding Plaintiff's involvement in a PAGA representative action (which are not before this Court), and without prejudice

---

**JOINT STIPULATION TO DISMISS THE ACTION, WITH PREJUDICE AS TO PLAINTIFF BORBA AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**

as to the putative class.

2. Defendant Western Refining waives and will not seek attorneys' fees or costs related to defending itself in this action up to the dismissal of the Class Action, by virtue of this stipulation.

3. The Parties will bear their own attorneys' fees and costs incurred in connection with the Class Action.

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**July 23, 2024**__

*[signature]*
UNITED STATES DISTRICT JUDGE